AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Alicia Pacheco Figueroa

AKA: Alicia Zavala-Figueroa, Yolanda Ulloa-Figuero
AKA: Alicia Sanchez-Ruiz, Rosa Sanchez-Ruiz
    IAE    YOB:    1962
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
MAY 17 2016
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:  M-16-956-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 16, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alicia Pacheco-Figueroa was encountered by Border Patrol Agents near Hidalgo, Texas on May 16, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 16, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 12, 2016, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 16, 2013, the defendant was convicted of 8 USC 1326 and sentenced fifty (50) months confinement and three (3) years Supervised Release.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by [signature]

Sworn to before me and subscribed in my presence,
**May 17, 2016**

Signature of Complainant
Eric Sturgeon  Senior Patrol Agent

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Dorina Ramos
Signature of Judicial Officer